DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 4:07 CR 378 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Jamal Burley, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the sentence of the defendant is reduced to a period of 66 months with a period of supervised release for four years.

The courtroom deputy is directed to advise the U.S. Marshal's office of the publication of this order so it may be served upon the Bureau of Prisons forthwith.

IT IS SO ORDERED.

| | |
|---|---|
|  May 22, 2012 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |